UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE L. MARTIN,<br><br>                Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the<br>Social Security Administration,<br><br>                Defendant. | Case No. 11-cv-05586 JRC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties. **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 3rd day of August, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1