UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE L. MARTIN,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>  Defendant | Civil No. 3:11-CV-05586 JRC<br><br>ORDER GRANTING EXTENSION AND AMENDING BRIEFING SCHEDULE |

Based on the Plaintiff's Motion (ECF No. 12) and there being no objection by Defendant, it is hereby ORDERED that the briefing schedule shall be amended as follows:

- Plaintiff shall file an Opening Brief on or before November 16, 2011;

- Defendant shall file a Response to the Opening Brief on or before December 14, 2011;

- Plaintiff shall file the optional Reply Brief on or before December 28, 2011; and

- Oral argument, if desired, shall be requested by January 4, 2012.

DATED this 9th day of November, 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:11-CV-05586 JRC]