UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTINE L. MARTIN,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>             Defendant. | CASE NO. 11-cv-05586 JRC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 20).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA"), the Stipulation of the parties (ECF No. 20), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $4,460.57 and expenses in the amount of $18.69, for a total of

1 | $4,479.26, shall be awarded to plaintiff pursuant to the EAJA and consistent with <u>Astrue v.</u>
2 | <u>Ratliff,</u> 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).  If it is determined
3 | that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the
4 | Treasury's Offset Program, then the check for EAJA fees shall be made payable to Christopher
5 | H. Dellert, based on plaintiff's assignment of these amounts to plaintiff's attorney.  Any check
6 | for EAJA fees shall be mailed to plaintiff's counsel, Christopher H. Dellert, at Dellert Baird Law
7 | Office, PLLP, P.O. Box 955, Port Orchard, WA 98366.

        Dated this 1st day of May, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2